# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN WILLIAMSON, | ) | No. ED CV 12-1540-BRO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| T. VIRGA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: September 17, 2013

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE